**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-3220**
**Fax (410) 962-6836**

July 25, 2018

MEMORANDUM TO COUNSEL

    Re:    *United States v. Montana Barronette, et al.*
          Criminal Action No. CCB-16-0597

Dear Counsel:

    I have a criminal jury trial which appears likely to go to trial beginning August 27, 2018. Accordingly, I need to move the pretrial conference in this case on August 28, 2018, from 2:30 p.m. to 5:00 p.m. in my chambers.

    Thank you for your cooperation.

                    Sincerely yours,

                    /S/

                    Catherine C. Blake
                    United States District Judge